UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE MAE DAY, | : | |
| Plaintiff | : | No. 3:14-CV-2299 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

**FILED SCRANTON**
**JAN 1 1 2016**
PER _____ DEPUTY CLERK

## ORDER

**NOW, THIS 11TH DAY OF JANUARY, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Julie Mae Day disability insurance benefits and supplemental security income is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**